FILED

# United States District Court

SEP 29 2006

**MIDDLE** DISTRICT OF **ALABAMA**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

MARIO WOODWARD

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj95-CSC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 28, 2006**, in **Montgomery** county and elsewhere within the **Middle** District of **Alabama** defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce to avoid prosecution,

in violation of Title **18** United States Code, Section(s) **1073**, I further state that I am a(n)

**Deputy U.S. Marshal** and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

September 29, 2006                                at    Montgomery, Alabama
Date                                                    City and State

Susan Russ Walker, U.S. Magistrate Judge
Name and Title of Judicial Officer                      Signature of Judicial Officer

# **AFFIDAVIT**

I, Athen Reeves, being duly sworn state the following is true and correct to the best of my knowledge and belief. I have been a criminal investigator with the United States Marshals Service for 8 years. I am currently assigned to the Gulf Coast Regional Fugitive Task Force. As part of my regular duties I locate and arrest fugitives wanted for violating laws of the United States and State of Alabama laws.

On September 28, 2006, Montgomery Police Officer Keith Houts was conducting a routine traffic stop in the 1800 block of North Decatur Street in Montgomery. An unknown person driving a silver 2006 Chevrolet Impala, Alabama tag #CS7563, shot the officer and drove away. Investigators interviewed the vehicle owner, Morrie Surles. Surles' daughter, Tiffany Surles, is the normal driver of this vehicle. Tiffany Surles has a boyfriend, Mario Woodward. From the interviews with Morrie Surles and her daughter, investigators determined that Woodward was the driver of the car at the time of the shooting.

Montgomery Police detectives conducted extensive interviews with a number of informants that know Woodward. Detectives received information from those informants that Woodward was heading to Atlanta to hide out. Woodward is supposed to have associates in Atlanta that are involved with him in the drug trade. One informant gave investigators a Nextel direct connect number, 157*690*7866, for Woodward. Investigators contacted Nextel and were able to determine that the direct connect number corresponds with cellular number (678) 273-6808. This number is an Atlanta, Georgia Nextel number.

Investigators have interviewed all known relatives and associates of Woodward in the Montgomery area and checked all known addresses and have been unable to locate Woodward.

Based on the aforementioned information it is believed that Mario Woodward has fled the State of Alabama to avoid prosecution.

The Montgomery Police Department advises that they will extradite Woodward back to Montgomery to stand trial if he is located in another state.

Sworn to before me and subscribed
in my presence this the 29th day
of September, 2006.

_____
Susan Russ Walker
U.S. Magistrate Judge

9/29/06
Date

_____
Athen Reeves
Deputy U.S. Marshal

9/29/06
Date