# United States District Court

__MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__ _____

UNITED STATES OF AMERICA

v.

MARIO WOODWARD

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj95-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARIO WOODWARD__   and bring him

                                                    Name

or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

                        travel in interstate commerce to avoid prosecution,

in violation of Title __18__ United States Code, Section(s) __1073__.

**RETURNED AND FILED**

**OCT − 2 2006**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

SUSAN RUSS WALKER
_____

Name of Issuing Officer

[signature]
_____

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
_____

Title of Issuing Officer

9/29/06   MONTGOMERY, ALABAMA

Date and Location

(By) Deputy Clerk

Bail fixed at $_____   by _____

                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
SUBJECT ARRESTED PLACED JAIL ON LOCAL CHARGES

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest