IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )   CR. NO. 2:06-mj-95-CSC
)
MARIO WOODWARD )

RECEIVED

2006 OCT -3  A 11: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION FOR LEAVE TO DISMISS COMPLAINT

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and moves the Court for leave to dismiss the Complaint heretofore filed on September 29, 2006, in the above-styled cause as to Mario Woodward on the following grounds, to-wit:

Subject has been apprehended and turned over to state authorities.

DATE: 10/3/06

_____
Assistant United States Attorney

ORDER

Upon consideration of the Motion for Leave to Dismiss Complaint heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

DISMISSAL OF COMPLAINT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Complaint heretofore filed on September 29, 2006, in the above-styled cause as to Mario Woodward.

_____
Assistant United States Attorney